**Appeals reinstated and Order filed October 27, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO.   14-22-00011-CV
NO.   14-22-00139-CV
_____

**BASIM MOUSILLI, Appellant**

**V.**

**NOURA SWEED, Appellee**

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2020-49635**

---

## ORDER

These appeals were abated to allow the parties to finalize settlement paperwork for their dispute.  As no dispositive motion has been filed in either appeal, the court hereby **REINSTATES** these appeals and directs appellant to file his brief in both appeals within **21 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Poissant.